**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-45394-DRC |
| | § | |
| FREDERICK GISLAIN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $1,600.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $25,702.36 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $9,300.01 | | |

3) Total gross receipts of $35,002.37 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $35,002.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $9,300.01 | $9,300.01 | $9,300.01 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $67,322.14 | $67,322.14 | $25,702.36 |
| **Total Disbursements** | NA | $76,622.15 | $76,622.15 | $35,002.37 |

4). This case was originally filed under chapter 7 on 11/30/2009. The case was pending for -1318 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/12/2012     By: /s/ David E. Grochocinski
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| POSSIBLE AVOIDANCE TRANSFER TO EX-WIFE | 1241-000 | $35,000.00 |
| Interest Earned | 1270-000 | $2.37 |
| **TOTAL GROSS RECEIPTS** | | **$35,002.37** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**


**EXHIBIT 3 – SECURED CLAIMS**


**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE, Trustee | 2100-000 | NA | $4,250.18 | $4,250.18 | $4,250.18 |
| DAVID GROCHOCINSKI, TRUSTEE, Trustee | 2200-000 | NA | $210.00 | $210.00 | $210.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $30.73 | $30.73 | $30.73 |
| The Bank of New York Mellon | 2600-000 | NA | $362.89 | $362.89 | $362.89 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD., Attorney for Trustee | 3110-000 | NA | $3,295.00 | $3,295.00 | $3,295.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD., Attorney for Trustee | 3120-000 | NA | $116.21 | $116.21 | $116.21 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC, Accountant for Trustee | 3410-000 | NA | $1,035.00 | $1,035.00 | $1,035.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$9,300.01** | **$9,300.01** | **$9,300.01** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
UST Form 101-7-TDR (5/1/2011)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | NA | $7,602.50 | $7,602.50 | $2,902.49 |
| 2 | Fia Card Services, NA/Bank of America | 7100-000 | NA | $28,561.19 | $28,561.19 | $10,904.14 |
| 3 | Fia Card Services, NA/Bank of America | 7100-000 | NA | $10,356.46 | $10,356.46 | $3,953.91 |
| 4 | Fia Card Services, NA/Bank of America | 7100-000 | NA | $11,922.84 | $11,922.84 | $4,551.92 |
| 5 | Fia Card Services, NA/Bank of America | 7100-000 | NA | $8,879.15 | $8,879.15 | $3,389.90 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $67,322.14 | $67,322.14 | $25,702.36 |

Case 09-45394 Doc 43 Filed 04/19/12 Entered 04/19/12 08:42:59 Desc Main
Document Page 5 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1 Exhibit 8

| Case No.: | 09-45394-DRC | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|
| Case Name: | GISLAIN, FREDERICK | | | Date Filed (f) or Converted (c): | 11/30/2009 (f) |
| For the Period Ending: | 4/12/2012 | | | §341(a) Meeting Date: | 01/12/2010 |
| | | | | Claims Bar Date: | 06/18/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  CHECKING ACCOUNT | $350.00 | $0.00 | | $0.00 | FA |
| 2  SAVINGS ACCOUNT | $0.00 | $0.00 | | $0.00 | FA |
| 3  DEPOSIT WITH LANDLORD | $0.00 | $0.00 | | $0.00 | FA |
| 4  HOUSEHOLD GOODS | $500.00 | $0.00 | | $0.00 | FA |
| 5  BOOKS ETC | $50.00 | $0.00 | | $0.00 | FA |
| 6  CLOTHING | $200.00 | $0.00 | | $0.00 | FA |
| 7  JEWELRY | $50.00 | $0.00 | | $0.00 | FA |
| 8  2009 TAX REFUND | $0.00 | $0.00 | | $0.00 | FA |
| 9  1987 FORD RANGER | $450.00 | $0.00 | | $0.00 | FA |
| 10 POSSIBLE AVOIDANCE TRANSFER TO EX-WIFE (u) | $20,000.00 | $20,000.00 | | $35,000.00 | FA |
| INT Interest Earned (u) | Unknown | Unknown | | $2.37 | Unknown |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $21,600.00 | $20,000.00 | | $35,002.37 | $0.00 |

**Major Activities affecting case closing:**
ADVERSARY PENDING VS FORMER SPOUSE REGARDING TRANSFER OF PROPERTY IN DIVORCE; 12/6/11 SENT FINAL REPORT TO US TRUSTEE'S OFFICE

**Initial Projected Date Of Final Report (TFR):** 12/30/2011   **Current Projected Date Of Final Report (TFR):** 06/30/2012   /s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-45394-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GISLAIN, FREDERICK | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******3049 | Money Market Acct #: | ******2165 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/20/2011 | (10) | JULIE GLADE | SETTLEMENT PAYMENT | 1241-000 | $35,000.00 |  | $35,000.00 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.08 |  | $35,000.08 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.28 |  | $35,000.36 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.29 |  | $35,000.65 |
| 08/01/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $67.12 | $34,933.53 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.29 |  | $34,933.82 |
| 08/31/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $81.37 | $34,852.45 |
| 09/26/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 |  | ($2.40) | $34,854.85 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.28 |  | $34,855.13 |
| 09/30/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $71.62 | $34,783.51 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.29 |  | $34,783.80 |
| 10/31/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $69.09 | $34,714.71 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.28 |  | $34,714.99 |
| 11/30/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $76.09 | $34,638.90 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.29 |  | $34,639.19 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.29 |  | $34,639.48 |
| 02/07/2012 |  | Green Bank | Transfer Funds | 9999-000 |  | $34,639.48 | $0.00 |

**SUBTOTALS** $35,002.37 $35,002.37

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-45394-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | GISLAIN, FREDERICK | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******3049 | | Money Market Acct #: | ******2165 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 11/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $35,002.37 | $35,002.37 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $34,639.48 | |
|  |  |  | **Subtotal** |  | $35,002.37 | $362.89 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $35,002.37 | $362.89 | |

| For the period of 11/30/2009 to 4/12/2012 | | For the entire history of the account between 05/20/2011 to 4/12/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $35,002.37 | Total Compensable Receipts: | $35,002.37 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,002.37 | Total Comp/Non Comp Receipts: | $35,002.37 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $362.89 | Total Compensable Disbursements: | $362.89 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $362.89 | Total Comp/Non Comp Disbursements: | $362.89 |
| Total Internal/Transfer Disbursements: | $34,639.48 | Total Internal/Transfer Disbursements: | $34,639.48 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-45394-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GISLAIN, FREDERICK | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******3049 | Checking Acct #: | ******2166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $0.00 | $0.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | Subtotal | | $0.00 | $0.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $0.00 | $0.00 | |

**For the period of 11/30/2009 to 4/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/20/2011 to 4/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-45394-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GISLAIN, FREDERICK | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3049 | Checking Acct #: | ******9401 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 |  | The Bank of New York Mellon | Transfer Funds | 9999-000 | $34,639.48 |  | $34,639.48 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Tern: 2/1/12 to 2/01/13 | 2300-000 |  | $30.73 | $34,608.75 |
| 02/27/2012 | 5002 | DAVID GROCHOCINSKI, TRUSTEE | Trustee Compensation | 2100-000 |  | $4,250.18 | $30,358.57 |
| 02/27/2012 | 5003 | DAVID GROCHOCINSKI, TRUSTEE | Trustee Expenses | 2200-000 |  | $210.00 | $30,148.57 |
| 02/27/2012 | 5004 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. |  | 3110-000 |  | $3,295.00 | $26,853.57 |
| 02/27/2012 | 5005 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. |  | 3120-000 |  | $116.21 | $26,737.36 |
| 02/27/2012 | 5006 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC |  | 3410-000 |  | $1,035.00 | $25,702.36 |
| 02/27/2012 | 5007 | Chase Bank USA, N.A. |  | 7100-000 |  | $2,902.49 | $22,799.87 |
| 02/27/2012 | 5008 | Fia Card Services, NA/Bank of America |  | 7100-000 |  | $10,904.14 | $11,895.73 |
| 02/27/2012 | 5009 | Fia Card Services, NA/Bank of America |  | 7100-000 |  | $3,953.91 | $7,941.82 |
| 02/27/2012 | 5010 | Fia Card Services, NA/Bank of America |  | 7100-000 |  | $4,551.92 | $3,389.90 |
| 02/27/2012 | 5011 | Fia Card Services, NA/Bank of America |  | 7100-000 |  | $3,389.90 | $0.00 |

**SUBTOTALS** $34,639.48  $34,639.48

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 09-45394-DRC |
| **Case Name:** | GISLAIN, FREDERICK |
| **Primary Taxpayer ID #:** | ******3049 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 11/30/2009 |
| **For Period Ending:** | 4/12/2012 |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******9401 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** / **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | $34,639.48 | $34,639.48 | $0.00 |
| | | | **Less: Bank transfers/CDs** | $34,639.48 | $0.00 | |
| | | | **Subtotal** | $0.00 | $34,639.48 | |
| | | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | | **Net** | $0.00 | $34,639.48 | |

**For the period of 11/30/2009 to 4/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $34,639.48 |
| | |
| Total Compensable Disbursements: | $34,639.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,639.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/07/2012 to 4/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $34,639.48 |
| | |
| Total Compensable Disbursements: | $34,639.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,639.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-45394-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GISLAIN, FREDERICK | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3049 | Checking Acct #: | ******9401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $35,002.37 | $35,002.37 | $0.00 |

**For the period of 11/30/2009 to 4/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $35,002.37 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,002.37 |
| Total Internal/Transfer Receipts: | $34,639.48 |
| Total Compensable Disbursements: | $35,002.37 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $35,002.37 |
| Total Internal/Transfer Disbursements: | $34,639.48 |

**For the entire history of the case between 11/30/2009 to 4/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $35,002.37 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,002.37 |
| Total Internal/Transfer Receipts: | $34,639.48 |
| Total Compensable Disbursements: | $35,002.37 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $35,002.37 |
| Total Internal/Transfer Disbursements: | $34,639.48 |